ACCEPTED
06-15-00130-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/17/2015 6:53:39 PM
DEBBIE AUTREY
CLERK

NO. 06-15-00130-CR

| | | |
|---|---|---|
| CRAIG RUDY REYNOLDS, **Appellant** | § § § § § § § § | IN THE SIXTH COURT |
| V. | | OF APPEALS |
| STATE OF TEXAS, **Appellee** | | TEXARKANA, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/18/2015 8:08:00 AM
DEBBIE AUTREY
Clerk

## APPELLANT'S SECOND MOTION TO EXTEND TIME IN WHICH TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW APPELLANT, CRAIG RUDY REYNOLDS, in the above-styled and numbered cause, and moves this Court to grant an extension of time to file Appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. The reporter's record was filed on September 14, 2015.

2. The Appellant's brief was due on October 14, 2015. The Court granted a Motion for Extension and the brief was then due on November 13, 2015.

3. Counsel requests a 30-day extension of time to file the Appellant's brief by December 14, 2015.

4. This is counsel's second request for an extension.

5. There is good cause for an extension.

6. The undersigned counsel would show that she has had several matters set within the 30 days allotted. These matters have been set in Hill, Bosque, Hamilton, and McLennan Counties and have required multiple court appearances, client visits at various jails and ad litem visitations.

7. Counsel has not had sufficient time to conduct the necessary research to properly prepare the brief.

8. The case below was styled the *State of Texas v. Craig Rudy Reynolds* and numbered Cause No. CR14998 in the 220th District Court, McLennan County, Texas.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests that the Court grant an extension of time to file the Appellant's brief for 30 days until December 14, 2015.

Respectfully Submitted,

_Brittany L. Lannen (signature)_

_____

Brittany L. Lannen
Attorney for the Defendant
State Bar Number 24061388
DLW LAW, PLLC
P.O. Box 438
Valley Mills, Texas 76689
Tel: (254) 583-0009
Fax: (877) 455-1229
brittany@dlwhelp.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served upon the attorney for the State on November 13, 2015.

_Brittany L. Lannen (signature)_

_____

Brittany L. Lannen

# VERIFICATION

STATE OF TEXAS        §
                            §     KNOW ALL MEN BY THESE PRESENTS

COUNTY OF BOSQUE      §

"My name is BRITTANY L. LANNEN and I am the attorney for the Appellant in this case.

I have knowledge of the facts stated in the foregoing Motion to Extend Time to File Appellant's

Brief and they are true and correct."

Signed on November 13, 2015.



Brittany L. Lannen

SWORN AND SUBSCRIBED TO BEFORE ME, the undersigned Notary Public on

November 13, 2015.

JOSEPH MICHAEL SCARAMUCCI
Notary Public, State of Texas
My Commission Expires
May 09, 2018

Notary Public in and for the State of Texas